# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
SEP 05 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>James Alger<br><br>*Defendant(s)* | )<br>)<br>) Case No. EP:18-M-06569-LS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 1, 2018- September 5, 2018  in the county of  El Paso, Texas  in the
__Western__ District of __Texas__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(d) | That James Alger, with intent to extort from any person, any thing of value, transmitted in interstate or foreign commerce any communication containing any threat to injure the property or reputation of the addressee. |

This criminal complaint is based on these facts:
See attached Probable Cause Statement.

☑ Continued on the attached sheet.

_____
Complainant's signature

LYNNE MUNDY, SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/5/18

_____
Judge's signature

City and state:  El Paso, Texas    LEON SCHYDLOWER, U.S. MAGISTRATE JUDGE
Printed name and title

# PROBABLE CAUSE STATEMENT

1. I, Lynne Mundy, am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice and conduct investigations of violations of Federal Criminal Law. I am assigned to the FBI's El Paso, Texas Field Office, Violent Crimes Squad. During this time, I have investigated violations of numerous federal criminal statutes, including extortions made via instruments of interstate and foreign commerce.

2. The information contained herein is based on my personal knowledge and observations made during the course of this investigation, information conveyed by other law enforcement personnel from, interviews and investigative activity, and the review of records and documents obtained during this investigation.

3. On May 13, 2018, B. P., who primarily resides in El Paso, Texas, received a text message from James Alger (who Agents identified later through the course of the investigation), claiming to be "E. C." Alger, under the guise of "E.C." told B.P. about an opportunity to make a lot of money quickly. This opportunity involved "T", the billionaire owner of a professional sports team, who – according to "E.C." – was interested in having sex with women in exchange for hundreds of thousands of dollars. Via text message, "E.C." told B.P. that "E.C." had flown to Houston with a girlfriend and had sexual intercourse with "T" in exchange for $250,000. "E.C." told B.P. that she needed another female to go with "E.C." to have sex with "T", and that they would be paid $250,000 each to have sex with "T". "E.C." then asked B.P. if this was something that she would be interested in doing. When B.P. answered in the affirmative, "E.C." explained that "T" would expect B.P. to send nude pictures of herself and to engage in frequent and regular text conversations with "T" prior to agreeing to have sex-for-money with B.P. "E.C." also told

B.P. that "T" would pay in cash and that "E.C." had already sent "T" multiple nude images of herself. "E.C." lastly told B.P. that she would pass B.P.'s phone number to "T".

4. Alger, operating under the guise of "T", text messaged B.P. and told B.P. that in order for him to pay B.P. to have sex with him, B.P. needed to send him explicit videos and pictures of B.P. Over the course of a few weeks, B.P. sent Alger multiple explicit pictures and videos of B.P.

5. Alger later text messaged B.P. via a different number and told B.P. that he had the explicit pictures and videos of B.P. that B.P. had sent "T". Alger told B.P. that if B.P. did not have sex with him, then Alger would release the explicit pictures and videos of B.P. at B.P.'s university. When B.P. refused, Alger told B.P. that he would release the explicit pictures and videos of B.P. if B.P. did not send him more explicit videos and pictures.

6. On September 5, 2018, FBI Special Agents executed a search warrant signed by United States Magistrate Judge Toliver of the Northern District of Texas at a residence located in Waxahachie, Texas, in the Northern District of Texas. Following the execution of the search warrant, FBI Special Agents conducted a non-custodial, recorded, interview of James Alger at the same location. Agents read Alger his Miranda Warnings. Alger waived his rights and agreed to continue speaking to Agents.

7. Alger stated the following: For approximately 2-3 years, Alger has been messaging various women that he finds through social media in attempts to obtain explicit videos and pictures of them. Over the course of this time, Alger believes he has messaged over 1,000 women. Alger believes he has received explicit pictures and videos from over 100 women.

8. Alger stated he uses Textnow and Textfree (an application created by Pinger Inc.) to mask his number when he text messages women to obtain explicit pictures and videos of

them. Alger stated he often assumes the identity of a wealthy, famous person to convince the women he will pay them a large amount of money to have sex with them.

9. Alger stated he assumed the identity of E.C. after deciding that he wanted to obtain explicit pictures from B.P. Alger stated he also pretended to be "T" as a part of his ploy to obtain explicit videos and pictures from B.P. Alger stated he received explicit videos and pictures from B.P. via B.P.'s Google Drive account and via text messages. Alger stated he told B.P. that he would release the explicit videos and pictures of B.P. at B.P.'s university unless B.P. agreed to have sex with him. Alger then told B.P. he would release the explicit pictures and videos of B.P. if B.P. did not send Alger more explicit pictures and videos.

10. Pinger Inc. servers are located in Santa Fe, California. Any text messages sent through a Pinger, Inc. application travel through the servers located in Santa Fe, California prior to reaching the recipient of the message. FBI Agents determined Alger utilized Pinger Inc. applications to send and receive the text messages to extort Alger.

11. Following the interview, FBI Agents placed Alger under arrest for violation of Title 18, USC 875 (d).

12. Based on the facts set forth in this affidavit, there is probable cause to believe that James Alger has committed violations of Title 18, United States Code (U.S.C.), Section 875 (d) - Extortion – by utilizing interstate communication to send threats to injure the reputation of another with the intention to extort something of value from that person.