JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2018 SEP 26 PM 1:48

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CRIMINAL NO. EP-18-CR- |
| Plaintiff, | § § | INDICTMENT |
| v. | § § § | CT 1: 18 U.S.C. § 875(d) – Interstate Communications with Intent to Extort |
| JAMES ALGER, | § § | |
| Defendant. | § § § | |

EP18CR2803

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. § 875(d))

That beginning on or about May 1, 2018, and continuing until on or about June 30, 2018, within the Western District of Texas, the Northern District of Texas, and elsewhere, the Defendant,

**JAMES ALGER**

with intent to extort money and other thing of value from any person, knowingly and willfully did transmit a communication in interstate and foreign commerce, which communication contained a threat to injure the reputation of the addressee, in violation of Title 18 U.S.C. § 875(d).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney