IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | EP-18-CR-2803-DB |
| | § | |
| JAMES ALGER | § | |

## ORDER

On this day, the Court considered Defendant James Alger's ("Mr. Alger") "Motion to Modify Terms and Conditions of Release," filed in the above-captioned case on November 19, 2018. Therein, Mr. Alger asks the Court to modify the conditions of his release to allow him to reside in his parents' home at 24641 Sanford Corners Road, Calcium, New York 13616 for the pendency of this case. Mr. Alger was released on specified terms and conditions set by United States Magistrate Judge Renee Harris Toliver of the Northern District of Texas in Dallas. Among those terms and conditions of release was that he continue to reside at his home in Waxahachie, Texas. However, Mr. Alger has lost his employment in that city and therefore needs to relocate to his parents' home for his family to financially subsist. He will continue to make all court appearances as required. After due consideration, the Court is of the opinion that Mr. Alger's Motion to Modify Terms and Conditions of Release should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant James Alger's "Motion to Modify Terms and Conditions of Release" is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant James Alger shall be permitted to reside in his parents' home at 24641 Sanford Corners Road, Calcium, New York 13616 from the date of this order until the conclusion of his case.

**IT IS FINALLY ORDERED** that all other terms of Defendant James Alger's pretrial release shall remain unchanged.

**SIGNED** this **21st** day of **November 2018.**

---
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE